## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Raymond P. Moore

Civil Action No. 18-cv-00109-RM-MEH

KAYLEE WILSON, individually and on behalf of similarly situated persons,

    Plaintiff,

v.

DFL PIZZA, LLC,
MINUTEMAN PIZZA,
LTD., TRI-CITY PIZZA, INC. and
PINNACLE PIZZA, INC.,

    Defendants.

---

## ORDER

---

    This action is brought on behalf of delivery drivers at Defendants' Domino's Pizza stores who were allegedly under-reimbursed for the automotive expenses they incurred such that their wages were reduced below the federal minimum wage. This matter is now before the Court on the parties' Joint Motion to Approve Collective Action Settlement with Memorandum in Support (the "Motion") (ECF No. 58) and Plaintiffs' Application for Fees, Costs and Expenses (the "Application") (ECF No. 61), seeking approval of the parties' settlement agreement of this action brought under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, and an award of attorney's fees and costs. Upon consideration of the Motion and Application, and the court record, the Court finds that it requires additional information before approval may be had.

    Specifically, first, the fully executed Settlement and Release Agreement ("Agreement") provides that "if any Opt-In Plaintiff fails to cash their check within one hundred eighty (180) days after the date of the check, the Claims Administrator will deliver the monies to ***[insert***

*name of designated charity]*." (ECF No. 58-1, p. 8, Section 2.1(B) (emphasis added).) Second, under the terms of the Agreement, the Named Plaintiff will receive a service award of $2,500.00 (if approved by the Court) but is required to sign a Supplemental Settlement Agreement ("Supplement"). That Supplement is stated to be attached as Exhibit A, but it is not. As it appears to the Court the parties (1) may need to sign a new Agreement or otherwise address the omitted name of the designated charity; (2) may need to provide this information to the Opt-in Plaintiffs so they may be fully informed as to the terms of the Agreement; and (3) will need to provide such information as well as Exhibit A to the Court for consideration, it is

ORDERED that the parties' Joint Motion to Approve Collective Action Settlement with Memorandum in Support (ECF No. 58) and Plaintiffs' Application for Fees, Costs and Expenses (ECF No. 61) are DENIED WITHOUT PREJUDICE.

DATED this 13th day of May, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge