## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 1:18-cv-00109-RM-MEH

KAYLEE WILSON, individually and on behalf of similarly situated persons,

        Plaintiff,

v.

DFL PIZZA, LLC, MINUTEMAN PIZZA, LTD., TRI-CITY PIZZA, INC. and PINNACLE PIZZA, INC.

        Defendants.

---

## JOINT RENEWED MOTION TO APPROVE COLLECTIVE ACTION SETTLEMENT WITH MEMORANDUM IN SUPPORT

---

The parties jointly supplement and renew their motion for approval of the settlement reached in this conditionally certified Fair Labor Standards Act ("FLSA") collective action. The parties incorporate their previous Motion for Settlement. (ECF No. 58). Plaintiffs' respectfully renew and incorporate their Application for Fees, Costs, and Expenses. (Doc. 61.)

Some jurisdictions require court approval to achieve a binding release in an FLSA settlement, *see Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1354 (11th Cir. 1982), though some judges in this District have recently rejected that requirement. *Drollinger v. Network Global Logistics, LLC*, Case No. 16-cv-304 (D. Colo. Aug. 17, 2018), Dkt. 207 (denying motion to approve FLSA settlement as moot and rejecting *Lynn's Foods*). Because the law in this District is unclear, to be safe, the parties previously moved to approve their Settlement Agreement on September 28, 2018. (ECF No. 58).

On May 13, 2019, the Court denied without prejudice the parties' previously-filed joint motion seeking settlement approval. (ECF No. 63). In its order denying approval, the Court raised three relatively narrow issues:

1) The parties' Settlement Agreement at § 2.1(B) used a placeholder "insert name of designated charity" in their Settlement Agreement and did not identify a designated charity to receive settlement funds;

2) Because the parties had not designated a charity, the Court noted that such information may need to be disclosed to Opt-In Plaintiffs to fully inform the Opt-in's of the terms of the Settlement; and

3) The parties' neglected to attach a Supplemental Settlement Agreement providing for a $2,500.00 service award to the named Plaintiff.

Accordingly, the parties provide the following supplementary information:

) A copy of the parties' fully-executed Settlement and Release Agreement ("Settlement Agreement") is attached hereto as Ex. 1[1], including the designated charity in § 2.1(B).

) Plaintiffs' counsel sent a supplemental notice to the opt-ins on May 29, 2019, informing the opt-ins of the Court's order denying the settlement agreement without prejudice. This supplemental notice identified the charity as Domino's Partners Foundation, and requested that the opt-ins inform Plaintiffs' counsel of any objections no later than June 30, 2019. A sample of that correspondence is filed herewith under seal.

---

[1] Because of different computer settings, the formatting of the two documents are different. Full versions of both are attached so that the Court can see that the words themselves are identical.

) A copy of the Named Plaintiff and Defendant's Supplemental Agreement is attached as Ex. 2.

Plaintiffs' counsel informs the Court that no class member asserts any objection to the Settlement or any of its terms after dissemination of the original notice, dissemination of the Supplemental Notice and subsequent telephone communications between Plaintiffs' counsel and Class Members.

Accordingly, and based on the Parties' original Joint Motion, the parties respectfully request that the Court enter an Order granting this motion and approving the parties' settlement.

Dated:    July 2, 2019                    Respectfully submitted,

**PAUL LLP**                             **FISHER & PHILLIPS LLP**
*/s/ Richard M. Paul III*                 */s/ Kathleen McLeod Caminiti*
Richard M. Paul III                       Kathleen McLeod Caminiti
601 Walnut Street, Suite 300              430 Mountain Avenue, Suite 303
Kansas City, Missouri 64106               Murray Hill, New Jersey 07974
Telephone:   (816) 984-8100               Telephone: (908) 516-1062
Rick@PaulLLP.com                          kcaminiti@fisherphillips.com

**WEINHAUS & POTASHNICK**                 Susan M. Schaecher
Mark A. Potashnick                        1801 California Street, Suite 2700
11500 Olive Blvd., Suite 133              Denver, Colorado 80202
St. Louis, Missouri 63141                 Telephone: (303) 218-3650
Telephone:   (314) 997-9150
markp@wp-attorneys.com

**Attorneys for Plaintiffs**              **Attorneys for Defendants**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on July 2, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Richard M. Paul III*